BRANDON C. FERNALD (BAR NO. 222429)
**FERNALD LAW GROUP LLP**
510 W 6th Street, Suite 700
Los Angeles, California  90014
Telephone:	(323) 410-0300
Facsimile:	(323) 410-0330
E-Mail:	brandon.fernald@fernaldlawgroup.com

THOMAS A. BROWN II (*Pro Hac Vice*)
**FENSTERSTOCK & PARTNERS LLP**
100 Broadway, 8th Floor
New York, NY 10024
Telephone:	(212) 785-4100
Facsimile:	(212) 785-4040
Email:	tbrown@fensterstock.com

Attorneys for Defendants SYNERGY INTERNATIONAL OPTRONICS, LLC, SELECTRON MANAGEMENT CORP., and RICHARD HEATHCOTE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI HAM, an individual, dba SELECTRON INDUSTRIAL CO., <br><br>Plaintiff, <br><br>v. <br><br>SYNERGY INTERNATIONAL OPTRONICS, LLC, SELECTRON MANAGEMENT CORP., a New York Corporation and RICHARD HEATHCOTE, an individual, and DOES 1 to 20, <br><br>Defendants | Case No.  12-cv-8642 (JCG) <br><br>**ORDER** |

DOCUMENT PREPARED ON RECYCLED PAPER

1   Having reviewed the [PROPOSED] STIPULATED PROTECTIVE ORDER
2   and finding good cause for the entry of a protective order in this case, the Court
3   hereby orders as follows:
4   The [PROPOSED] STIPULATED PROTECTIVE ORDER is hereby entered
5   as the Order of this Court.
6   **IT IS SO ORDERED.**

DATED: July 16, 2013           /s/Jay C. Gandhi_____
                               United States Magistrate Judge

- 1 -